**NETAC TECHNOLOGY CO., LTD., Appellant**

v.

**SANDISK CORPORATION, Appellee.**

**No. 2015–1630.**

United States Court of Appeals, Federal Circuit.

Feb. 9, 2016.

Wenye Tan, Anova Law Group, PLLC, Sterling, VA, argued for appellant. Also represented by Xiaoqun Wu.

Darryl J. Adams, Baker Botts, LLP, Austin, TX, argued for appellee. Also represented by Brian W. Oaks; Russell J. Crain, dallas, TX.

PROST, Chief Judge, MAYER and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**